STATE OF LOUISIANA                          NO. 22-KH-332

VERSUS                                      FIFTH CIRCUIT

ELZEY JEFFREY PERILLOUX                     COURT OF APPEAL

                                            STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
Chief Deputy, Clerk of Court

_____ August 24, 2022 _____          **CONFIDENTIAL**
                                               LSA-RS 46:1844(W)
           Susan Buchholz                    ATTORNEYS OF RECORD
           Chief Deputy Clerk                        ONLY

IN RE STATE OF LOUISIANA

---

APPLYING FOR  SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANZ L. ZIBILICH, DIVISION "C", NUMBER 18,193

---

Panel composed of Judges Stephen J. Windhorst, Hans J. Liljeberg, and June B. Darensburg

## WRIT GRANTED

In this writ application, the State seeks supervisory review of the trial court's ruling that defendant's second Motion for New Trial was timely filed.  For the following reasons, this writ application is granted.

Defendant alleged in his second Motion for New Trial that it was based on La. C.Cr.P. art. 851(B)(4) and (5).  However, defendant also alleged in his motion that it was based on newly discovered evidence, even though he did not specifically cite La. C.Cr.P. art. 851(B)(3).  We find that defendant's allegation of jury misconduct is not new evidence that could be admitted at trial under Article 851(B)(3), and that defendant has not demonstrated the existence of any new evidence which could produce a verdict different from that rendered at trial.  *See State v. Bibb*, 626 So.2d 913, 927 (La. App. 5 Cir. 1993), *writ denied*, 93-3127 (La. 9/16/94), 642 So.2d 188.  Since defendant's allegation of jury misconduct does not fall under Article 851(B)(3), his motion for new trial is untimely because it was not filed and disposed of before sentence.  *See* La. C.Cr.P. art. 853(A).

Although defendant's motion for new trial is untimely, he may have an adequate remedy on appeal.  *See Bibb*, *supra*.

Accordingly, this writ application is granted.

 Gretna, Louisiana, this 24th day of August, 2022.

                        **JBD**
                        **SJW**
                        **HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

.
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/24/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 22-KH-332

### E-NOTIFIED
40th District Court (Clerk)
Honorable Franz L. Zibilich (DISTRICT JUDGE)
Honorable J. Sterling Snowdy (DISTRICT JUDGE)
Carol Anne Kolinchak (Respondent)
Christopher N. Walters (Relator)
Grant L. Willis (Relator)

### MAILED
James E. Boren (Respondent)
Attorney at Law
830 Main Street
Baton Rouge, LA 70802

Honorable Jeffrey M. Landry (Relator)
Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, LA 70804

8/24/22

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Jeffrey M. Landry
Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, LA 70804
22-KH-332                          08-24-22

9590 9402 2434 6249 3637 10

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 5819

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Melissa ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Melissa Brown          AUG 2 6 2022

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

8/24/22

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James E. Baron
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
22-KH-332

08-24-22

9590 9402 2434 6249 3637 03

2. Article Number (Transfer from service label)

7016 2070 0000 0954 5826

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:           ☐ No

SECURITY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt